The LENNOX GROUP, L.L.C., d/b/a
Insta–Cash, Appellant,

v.

The CITY OF BRIDGETON, Missouri, Keith A. DeVault, Planning and Zoning Officer of the City of Bridgeton, Missouri, and the Board of Adjustment of the City of Bridgeton, Missouri, Respondents.

No. ED 83746.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 26, 2004.

Chaim H. Zimbalist, Michael A. Gross, St. Louis, MO, for appellant.

Eric D. Martin, Adam S. Hochschild, St. Louis, MO, for respondents.

Before GEORGE W. DRAPER III, C.J., WILLIAM H. CRANDALL, JR., J., CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

The Lennox Group, L.L.C. d/b/a Insta–Cash appeals from the judgment of the circuit court upholding the decision of the City of Bridgeton Board of Adjustment denying Lennox's application for a zoning certificate.

We have reviewed the briefs of the parties and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).